

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00267-CV
_____

IN THE MATTER OF A.S.H., A JUVENILE

On Appeal from the 84th District Court
Hansford County, Texas
Trial Court No. JVO00148, Honorable Curt W. Brancheau, Presiding

January 8, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, A.S.H.,[1] a juvenile, appeals from the trial court's orders of adjudication and disposition. Now pending before this Court is A.S.H.'s motion to voluntarily dismiss her appeal. Attached to the motion is a "Waiver of Right to Appeal" signed by A.S.H. and her attorney. The waiver provides that A.S.H. has been informed of the possible consequences of waiving her right to appeal and voluntarily and knowingly waives the right to appeal.

_____

[1] To protect the privacy of the minor involved, we refer to her by her initials. *See* TEX. R. APP. P. 9.8(c).

We conclude that the motion to dismiss demonstrates that A.S.H. has waived her right to appeal in accordance with section 51.09 of the Family Code and complies with the requirements of Rule of Appellate Procedure 42.1(a)(1). *See In re A.S.H*, No. 07-20-00267-CV, 2020 Tex. App. LEXIS 10153, at *3-4 (Tex. App—Amarillo Dec. 18, 2020, order). As no decision of the Court has been delivered to date and granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Lawrence M. Doss
Justice